## WEST END COMMUNITY DEVELOPMENT CORPORATION *v.* IGLESIA CHRISTIANA ET AL.

The petition by the defendant Felix Burgos, Jr., for certification for appeal from the Appellate Court (AC 22158) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Felix Burgos, Jr.*, pro se, in support of the petition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* HERMAN VAN ECK

*Herman Van Eck*, pro se, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 649 (AC 20764), is denied.